B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mihaljevic, Niksa** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8966** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**20340 Torrence Avenue**<br>**Lynwood, IL**<br>ZIP Code **60411** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."      ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)  Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mihaljevic, Niksa** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Five Limousine Service, Inc.** | Case Number: **09-B-26027** | Date Filed: **7/17/09** |
|---|---|---|
| District: **Northern District of Illinois, Eastern Division** | Relationship: **Insider** | Judge: **Susan Pierson Sonderby** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
| --- | --- |
| | **Mihaljevic, Niksa** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Niksa Mihaljevic**
_____
Signature of Debtor   **Niksa Mihaljevic**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 10, 2010**
_____
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
_____
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
_____
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
_____
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**
_____
Address

            **Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
_____
Telephone Number

**March 10, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Niksa Mihaljevic**                                                              Case No. _____
                                                    Debtor(s)          Chapter        **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Niksa Mihaljevic**

                                      **Niksa Mihaljevic**

Date:   **March 10, 2010**

B6D (Official Form 6D) (12/07)

In re    **Niksa Mihaljevic**                                                           Case No. _____
                                                    ,
                                  Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. <br><br> Harris Bank <br> 3800 Golf Road <br> Rolling Meadows, IL 60008 | | - | | Second Mortgage <br><br> 3888 East Forest Lodge Loop, Monticello, Indiana | | | X | | |
| | | | | Value $          400,000.00 | | | | 286,000.00 | 286,000.00 |
| Account No. <br><br> Harris Bank, N.A. <br> P.O. Box 94033 <br> Palatine, IL 60094-4033 | | - | | First Mortgage <br><br> 24544 Mulberry Lane, Crete, Illinois | | | X | | |
| | | | | Value $          250,000.00 | | | | 383,937.99 | 133,937.99 |
| Account No. <br><br> Highland Community Bank <br> 1701 West 87th Street <br> Chicago, IL 60620 | X | - | | First Mortgage <br><br> 20669 Burnham, Chicago, Illinois (50% Beneficiary Interest in Chicago Title Land Trust No. 8002346819.  Co-owner is Tony A.Lozich) | | | X | | |
| | | | | Value $          Unknown | | | | 137,322.51 | Unknown |
| Account No. <br><br> Highland Community Bank <br> 1701 West 87th Street <br> Chicago, IL 60620 | X | - | | First Mortgage <br><br> 20340 South Torrence, Lynwood, 60411 (50% beneficial holder in Chicago Title Land Trust No. 8002347705.  Other 50% beneficial holder is Tony Lozich) | | | | | |
| | | | | Value $          162,000.00 | | | | 140,890.00 | 0.00 |

**2**  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 948,150.50 | 419,937.99 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Niksa Mihaljevic** _____,    Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0200**<br><br>**Highland Community Bank**<br>**1701 West 87th Street**<br>**Chicago, IL 60620** | X | - | **2007 Cadillac 130 Limousine (approximate value, investigation continues)**<br><br>Value $          **32,000.00** | | | | **22,697.44** | **0.00** |
| Account No. **xxxxxx0600**<br><br>**Highland Community Bank**<br>**1701 West 87th Street**<br>**Chicago, IL 60620** | | - | **2007 Freightliner M2 (approximate value, investigation continues)**<br><br>Value $          **Unknown** | | | | **44,636.32** | **Unknown** |
| Account No. **xxxxxx0500**<br><br>**Highland Community Bank**<br>**1701 West 87th Street**<br>**Chicago, IL 60620** | X | - | **2007 Cadillac Limousine (approximate value, investigation continues)**<br><br>Value $          **78,000.00** | | | | **46,042.87** | **0.00** |
| Account No. **xxxxxx0700**<br><br>**Highland Community Bank**<br>**1701 West 87th Street**<br>**Chicago, IL 60620** | X | - | **2008 Cadillac Escalade 220 (approximate value, investigation continues)**<br><br>Value $          **50,000.00** | | | | **55,756.18** | **5,756.18** |
| Account No.<br><br>**Ivan Construction**<br>**25150 State Line Road**<br>**Crete, IL 60517** | | - | **Mechanic's Lien**<br><br>**24544 Mulberry Lane, Crete, Illinois**<br><br>Value $          **250,000.00** | | | | **14,000.00** | **14,000.00** |

Sheet __1__ of __2__ continuation sheets attached to                Subtotal                **183,132.81**      **19,756.18**
Schedule of Creditors Holding Secured Claims               (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re __Niksa Mihaljevic_____,    Case No. _____
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Second Mortgage (cross collateralized) | | | | | |
| **Oxford Bank & Trust** **1111 W. 22nd Street, Suite 800** **Oak Brook, IL 60523** | X | - | 24544 Mulberry Lane, Crete, Illinois | | | X | | |
| | | | Value $            250,000.00 | | | | 988,853.81 | 988,853.81 |
| Account No. | | | First Mortgage (cross collateralization) | | | | | |
| **Oxford Bank & Trust** **1111 W. 22nd Street, Suite 800** **Oak Brook, IL 60523** | | - | 3888 East Forest Lodge Loop, Monticello, Indiana | | | X | | |
| | | | Value $            400,000.00 | | | | 988,853.81 | 588,853.81 |
| Account No. | | | Secured Promissory Note | | | | | |
| **Wiecheec, Cris** **1338 North Riverside Drive** **Momence, IL 60954** | | - | 24544 Mulberry Lane, Crete, Illinois | | | | | |
| | | | Value $            250,000.00 | | | | 130,000.00 | 130,000.00 |
| Account No. | | | Third Mortgage | | | | | |
| **Wiecheec, Cris** **1338 North Riverside Drive** **Momence, IL 60954** | | - | 3888 East Forest Lodge Loop, Monticello, Indiana | | | | | |
| | | | Value $            400,000.00 | | | | 130,000.00 | 130,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet _2___ of _2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 2,237,707.62 | 1,837,707.62 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 3,368,990.93 | 2,277,401.79 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Niksa Mihaljevic**                                                    , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Niksa Mihaljevic**                                                    Case No. _____
                                                            ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mihaljevic, Angelie** <br>**24544 Mulberry Lane** <br>**Crete, IL 60417** | - | | | | | | **Unknown** | **Unknown** <br><br> 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 <br> 0.00     0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Niksa Mihaljevic**                                              ,     Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Illinois Department of Revenue Springfield, IL 62719-0001** | - | | | | | X | **Unknown** | | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Kansas City, MO 64999-0002** | - | | | | | X | **Unknown** | | |
| | | | | | | | **Unknown** | | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **0.00** | |
|---|---|---|---|
| | | **0.00** | **0.00** |
| | Total (Report on Summary of Schedules) | **0.00** | |
| | | **0.00** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Niksa Mihaljevic**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Accident Fund Ins. Co. of America** P.O. Box 77000 Department 77125 Detroit, MI 48277-0125 | X | - | | | **Insurance Premiums** | | | X | 691.25 |
| Account No. **Ad Vantage** P.O. Box 1107 Crown Point, IN 46308 | X | - | | | **Business advertising expense** | | | X | 18,353.00 |
| Account No. **Andrean High School** 5959 Broadway Merrillville, IN 46410 | X | - | | | **Business Advertising Expense** | | | X | 180.00 |
| Account No. **AT&T Real Yellowpages** P.O. Box 660835 Dallas, TX 75266-0835 | X | - | | | **Business Advertising Expense** | | | X | 10,556.35 |

___10___ continuation sheets attached

Subtotal
(Total of this page)    **29,780.60**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:23645-091215    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Niksa Mihaljevic**                                                    ,        Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Barnes, Mozell**<br>**c/o Sharon Zogas, Esq.**<br>**10020 South Western**<br>**Chicago, IL 60643-1926** | | - | Loan | | | | 320,000.00 |
| Account No.<br><br>**Besse Shirt Lettering**<br>**18058 Torrence Avenue**<br>**Lansing, IL 60438** | X | - | Business Advetising Expense | | | X | 745.56 |
| Account No.<br><br>**Bob Technology Consultation**<br>**217 E. Woodlawn Road**<br>**New Lenox, IL 60451** | X | - | Business Computer Consultation | | | X | 1,500.00 |
| Account No.<br><br>**Brumm's Bloomin' Barn**<br>**2540 45th Street**<br>**Highland, IN 46322** | X | - | Business Expense | | | X | 3,492.06 |
| Account No.<br><br>**Burke, Costanza & Cuppy, LLP**<br>**9191 Broadway**<br>**Merrillville, IN 46410** | X | - | Legal Services | | | X | 1,090.36 |

Sheet no. __1__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      326,827.98

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Niksa Mihaljevic**                                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Accounting Services** | | | | |
| **Carr, James D. Carr** 730 Seberger Drive Munster, IN 46321 | - | | | | | X | 285.00 |
| Account No. | | | | | | | |
| **Cbeyond** 13474 Collection Center Drive Chicago, IL 60693 | X | - | | | | X | 1,192.00 |
| Account No. | | | **Business Advertising Expense** | | | | |
| **Chicago Bride** 3500 W. Peterson Chicago, IL 60655 | X | - | | | | X | 1,837.50 |
| Account No. | | | | | | | |
| **Dex/AT&T real Yellow Pages** P.O. Box 660835 Dallas, TX 75266-0835 | X | - | | | | X | Unknown |
| Account No. | | | **Business Advertising Expense** | | | | |
| **Essential Publishing LLC** 23 Washington St., Suite 215 Valparaiso, IN 46383 | X | - | | | | X | 2,290.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **5,604.50**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Niksa Mihaljevic**                                             ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Lawsuits | | | | |
| Eurasia Holdings 4, LLC c/o Richard Merel, Esq. 2 Prudential Plaza, Suite 1300 Chicago, IL 60601 | X | - | | | | | | X | 5,314,104.50 |
| Account No. | | | | | Vehicle Repair | | | | |
| Final Touch Collison 19850 Burnham Avenue Lynwood, IL 60411 | X | - | | | | | | X | 1,718.68 |
| Account No. | | | | | Overdraft Fees | | | | |
| First Midwest Bank 50 W. Jefferson Joliet, IL 60432 | X | - | | | | | | X | 1,486.70 |
| Account No. | | | | | | | | | |
| Five Star Limousine Service 20340 Torrence Avenue Lynwood, IL 60411 | | - | | | | | | X | Unknown |
| Account No. | | | | | Insurance | | | | |
| Flat Iron Capital 950 17th Street, Suite 1300 Denver, CO 80202 | X | - | | | | | | X | 15,000.00 |

Sheet no. __3__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,332,309.88

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Niksa Mihaljevic**                                      ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Advertising Expense | | | | |
| Golf Club Masters, Inc. 3 North Court Street, Suite B345 Crown Point, IN 46307 | X | - | | | | X | 1,995.00 |
| Account No. | | | Business Advertising Expense | | | | |
| Griffith High School 600 N. Wiggs St Griffith, IN 46319 | X | - | | | | X | 490.00 |
| Account No. | | | Drive Drug Testing | | | | |
| Hammond Clinic 7905 Calumet Avenue Munster, IN 46321-1298 | X | - | | | | X | 545.50 |
| Account No. xxxxxxx0800 | | | 2008 G-550 170 Ex. Sprinter | | | | |
| Highland Community Bank 1701 West 87th Street Chicago, IL 60620 | X | - | | | | | 30,092.78 |
| Account No. xxxxxx1000 | | | 2008 Escalade | | | | |
| Highland Community Bank 1701 West 87th Street Chicago, IL 60620 | X | - | | | | | 48,130.38 |

Sheet no. __4__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

81,253.66

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Niksa Mihaljevic**                                                      ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2000**<br><br>**Highland Community Bank**<br>**1701 West 87th Street**<br>**Chicago, IL 60620** | X | - | **2008 Hummer H-2** | | | | 67,229.12 |
| Account No. **xxxxxx3000**<br><br>**Highland Community Bank**<br>**1701 West 87th Street**<br>**Chicago, IL 60620** | X | - | **2007 Lincoln M88 Limousine** | | | | 43,216.10 |
| Account No. **xxxxx0400**<br><br>**Highland Community Bank**<br>**1701 West 87th Street**<br>**Chicago, IL 60620** | X | - | **2008 Jaguar** | | | | 70,861.33 |
| Account No. **xxxxxx5000**<br><br>**Highland Community Bank**<br>**1701 West 87th Street**<br>**Chicago, IL 60620** | X | - | **2008 Chrysler** | | | | 59,688.59 |
| Account No.<br><br>**JJ Keller & Associates**<br>**P.O. Box 548**<br>**Neenah, WI 54957-0548** | X | - | **Medical Supplies** | | | X | 78.13 |

Sheet no. __5___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

241,073.27

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Niksa Mihaljevic**                                          , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Advertising Expense | | | | |
| Lans Printing and Advertising 2581 Glenwood-Lansing Road Lynwood, IL 60411 | X | - | | | | | X | |
| | | | | | | | | 3,026.34 |
| Account No. | | | | Legal Services | | | | |
| Law Offices of Michael  B. Elman 10 S. LaSalle St., Suite 1420 Chicago, IL 60603 | X | - | | | | | X | |
| | | | | | | | | 7,044.00 |
| Account No. | | | | Advertising | | | | |
| Liturgical Publications P.O. Box 510817 New Berlin, WI 53151 | X | - | | | | | X | |
| | | | | | | | | 325.00 |
| Account No. | | | | Exhaust/Air Conditioning Services | | | | |
| Lynwood  Tire Center, Inc. 2390 Lynwood-Dyer Road Lynwood, IL 60411 | X | - | | | | | X | |
| | | | | | | | | 1,512.24 |
| Account No. | | | | Lawsuit | | | | |
| McCarthy, Fintan c/o James Sethna, Esq. 1424 West Division Chicago, IL 60622 | | - | | | | | X | |
| | | | | | | | | 100,000.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **111,907.58**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Niksa Mihaljevic**                                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Business Advertising Expense | | | | |
| **Merrillville High School** **276 East 68th Place** **Merrillville, IN 46410** | X | - | | | | | X | |
| | | | | | | | | 100.00 |
| Account No. | | | | Vehicle Repair | | | | |
| **MJ's Auto** **700 U.S. 41, Unit 5** **Schererville, IN 46375** | X | - | | | | | X | |
| | | | | | | | | 3,579.20 |
| Account No. | | | | Business Advertising Expense | | | | |
| **Munster High School** **8808 Columbia Avenue** **Munster, IN 46321** | X | - | | | | | X | |
| | | | | | | | | 710.00 |
| Account No. | | | | Web Design Expense | | | | |
| **NWI Entertainer** **3311 Willow Creek Road, Unit 170** **Portage, IN 46368** | X | - | | | | | X | |
| | | | | | | | | 700.00 |
| Account No. | | | | 270 East 12th Street, Chicago Heights, Illinois | | | | |
| **Oxford Bank & Trust** **1111 W. 22nd Street, Suite 800** **Oak Brook, IL 60523** | | - | | | | | X | |
| | | | | | | | | 942,896.96 |

Sheet no. __**7**___ of __**10**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

947,986.16

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Niksa Mihaljevic**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Gasoline Supply | | | | |
| Paulson Oil Company P.O. Box 903 Chesterton, IN 46304 | X | - | | | | | X | 4,724.00 |
| Account No. | | | | | | | | |
| Pazdur, Melissa 2729 Clough Avenue Highland, IN 46322 | X | - | | | | | X | 150.00 |
| Account No. xxxxxx4861 | | | | Postage Machine | | | | |
| Pitney Bowes 1 Elmcroft Road Stamford, CT 06926 | X | - | | | | | X | 27.98 |
| Account No. xxx3355 | | | | Supplies | | | | |
| Quill P.O. Box 37600 Philadelphia, PA 19101 | X | - | | | | | X | 144.00 |
| Account No. xx3499 | | | | Business Advertising Expense | | | | |
| Rauch-Milliken International, Inc. P.O. Box 8390 Metairie, LA 70011-8390 | X | - | | | | | X | 43,400.40 |

| | | |
|---|---|---|
| Sheet no. __8___ of __10___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 48,446.38 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Niksa Mihaljevic**  , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9399** | | | Business Advertising Expense | | | | |
| Real Estate News 3500 W. Peterson, Unit 403 Chicago, IL 60659 | X | - | | | | X | 1,837.50 |
| Account No. **xxx-x4855** | | | Vehicle Repair | | | | |
| Schepel Buick 2920 W. Lincoln Highway Merrillville, IN 46410 | X | - | | | | X | 1,079.15 |
| Account No. **xxx-3127** | | | Vehicle Repair | | | | |
| Stoney Tire, Inc. 19870 Stoney Island Ave. Lynwood, IL 60411 | X | - | | | | X | 225.07 |
| Account No. **xx7609** | | | Business Advertising Expense | | | | |
| TD Graphic.com 2044 164th Place Hammond, IN 46320 | X | - | | | | X | 337.00 |
| Account No. **xxxxx1818** | | | 500 | | | | |
| Town of Munster 1005 Ridge Road Munster, IN 46321 | X | - | | | | X | 0.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,478.72**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Niksa Mihaljevic**                                         ,                Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Loan | | | | |
| Trice, James c/o Sharon Zogas, Esq. 10020 S. Western Avenue Chicago, IL 60643-1926 | | - | | | | | | 100,000.00 |
| Account No. xxxxxxx-x0001 | | | | Cellular Telephone Service 2712.22 | | | | |
| Verizon Wireless 777 Big Timber Road Elgin, IL 60123 | X | - | | | | | X | 0.00 |
| Account No. AONJWJ | | | | Business Advertising Expense | | | | |
| Yellow Book P.O. Box 3162 Cedar Rapids, IA 52406-3162 | X | - | | | | | X | 35,243.11 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __10__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 135,243.11 |
| Total (Report on Summary of Schedules) | 7,263,911.84 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Niksa Mihaljevic**                                                                Case No.
_____                      Chapter    **7**
                                    Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**33**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 10, 2010**                    Signature    **/s/ Niksa Mihaljevic**

                                    **Niksa Mihaljevic**
                                    Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

217 E. 71st, LLC
20340 Torrence Avenue
Lynwood, IL 60411


21746-21913 S. Jeffrey, LLC
20340 Torrence Avenue
Lynwood, IL 60411


5 Star Limousine
20340 Torrence Avenue
Lynwood, IL 60411


5 Star Limousine Service
20340 Torrence Avenue
Lynwood, IL 60411


5 Star Limousine Services
20340 Torrence Avenue
Lynwood, IL 60411


Accident Fund Ins. Co. of America
P.O. Box 77000
Department 77125
Detroit, MI 48277-0125


Ad Vantage
P.O. Box 1107
Crown Point, IN 46308


Andrean High School
5959 Broadway
Merrillville, IN 46410


AT&T Real Yellowpages
P.O. Box 660835
Dallas, TX 75266-0835


Barnes, Mozell
c/o Sharon Zogas, Esq.
10020 South Western
Chicago, IL 60643-1926


Besse Shirt Lettering
18058 Torrence Avenue
Lansing, IL 60438

Bob Technology Consultation
217 E. Woodlawn Road
New Lenox, IL 60451


Brumm's Bloomin' Barn
2540 45th Street
Highland, IN 46322


Burke, Costanza & Cuppy, LLP
9191 Broadway
Merrillville, IN 46410


Carr, James D. Carr
730 Seberger Drive
Munster, IN 46321


Cbeyond
13474 Collection Center Drive
Chicago, IL 60693


Chicago Bride
3500 W. Peterson
Chicago, IL 60655


Dex/AT&T real Yellow Pages
P.O. Box 660835
Dallas, TX 75266-0835


Ehrenberg & Egan, LLC
330 North Wabash
Chicago, IL 60611


Essential Publishing LLC
23 Washington St., Suite 215
Valparaiso, IN 46383


Eurasia Holdings 4, LLC
c/o Richard Merel, Esq.
2 Prudential Plaza, Suite 1300
Chicago, IL 60601


Final Touch Collison
19850 Burnham Avenue
Lynwood, IL 60411

First Midwest Bank
50 W. Jefferson
Joliet, IL 60432


Five Star Limousine Service
20340 Torrence Avenue
Lynwood, IL 60411


Flat Iron Capital
950 17th Street, Suite 1300
Denver, CO 80202


Golf Club Masters, Inc.
3 North Court Street, Suite B345
Crown Point, IN 46307


Griffith High School
600 N. Wiggs St
Griffith, IN 46319


Hammond Clinic
7905 Calumet Avenue
Munster, IN 46321-1298


Harris Bank
3800 Golf Road
Rolling Meadows, IL 60008


Harris Bank, N.A.
P.O. Box 94033
Palatine, IL 60094-4033


Highland Community Bank
1701 West 87th Street
Chicago, IL 60620


Illinois Department of Revenue
Springfield, IL 62719-0001


Internal Revenue Service
Kansas City, MO 64999-0002

Ivan Construction
25150 State Line Road
Crete, IL 60517


JJ Keller & Associates
P.O. Box 548
Neenah, WI 54957-0548


Lans Printing and Advertising
2581 Glenwood-Lansing Road
Lynwood, IL 60411


Law Offices of Michael  B. Elman
10 S. LaSalle St., Suite 1420
Chicago, IL 60603


Liturgical Publications
P.O. Box 510817
New Berlin, WI 53151


Lozich, Tony A.
2823 Glenwood
Lynwood, IL 60411


Lynwood  Tire Center, Inc.
2390 Lynwood-Dyer Road
Lynwood, IL 60411


McCarthy, Fintan
c/o James Sethna, Esq.
1424 West Division
Chicago, IL 60622


Merrillville High School
276 East 68th Place
Merrillville, IN 46410


Michael J. Scotti, III, Esq.
Freeborn & Peters
111 S. Wacker Dr., Suite 300
Chicago, IL 60606


Mihaljevic, Angelie
24544 Mulberry Lane
Crete, IL 60417

MJ's Auto
700 U.S. 41, Unit 5
Schererville, IN 46375


Munster High School
8808 Columbia Avenue
Munster, IN 46321


Nick's Rental Management
20340 Torrence Avenue
Lynwood, IL 60411


NWI Entertainer
3311 Willow Creek Road, Unit 170
Portage, IN 46368


Oxford Bank & Trust
1111 W. 22nd Street, Suite 800
Oak Brook, IL 60523


Paulson Oil Company
P.O. Box 903
Chesterton, IN 46304


Pazdur, Melissa
2729 Clough Avenue
Highland, IN 46322


Pitney Bowes
1 Elmcroft Road
Stamford, CT 06926


Quill
P.O. Box 37600
Philadelphia, PA 19101


Rauch-Milliken International, Inc.
P.O. Box 8390
Metairie, LA 70011-8390


Real Estate News
3500 W. Peterson, Unit 403
Chicago, IL 60659

Schepel Buick
2920 W. Lincoln Highway
Merrillville, IN 46410


Stoney Tire, Inc.
19870 Stoney Island Ave.
Lynwood, IL 60411


TD Graphic.com
2044 164th Place
Hammond, IN 46320


Town of Munster
1005 Ridge Road
Munster, IN 46321


Trice, James
c/o Sharon Zogas, Esq.
10020 S. Western Avenue
Chicago, IL 60643-1926


Verizon Wireless
777 Big Timber Road
Elgin, IL 60123


Wiecheec, Cris
1338 North Riverside Drive
Momence, IL 60954


Yellow Book
P.O. Box 3162
Cedar Rapids, IA 52406-3162